108808-7

UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:22-cv-81735-AHS

GARFIELD SPENCE,

Plaintiff,

vs.

SHOPS AT LAKE WORTH &
JOG, LLC,

Defendant.
_____/

## NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE that a settlement in principle of all matters and things in dispute between the parties hereto has been made. The parties respectfully request forty five (45) days to finalize and submit the necessary closing documents with the Court.

Date: December 21, 2022.

*/s/ Carlos A. Garcia*
Carlos A. Garcia, Esquire
Florida Bar No. 99768
WICKER SMITH O'HARA MCCOY &
FORD, P.A.
Attorneys for Shops at Lake Worth & Jog, LLC.
515 E. Las Olas Boulevard
SunTrust Center, Suite 1400
Ft. Lauderdale, FL 33301
Phone: (954) 847-4800
Fax: (954) 760-9353

- 2 -

CASE NO. 9:22-cv-81735-AHS

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed with the Clerk of Court using the CM/ECF system on _**December 21, 2022**, and the foregoing document is being served this day on all counsel or parties of record on the Service List below, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive Notices of Electronic Filing.

*/s/ Carlos A. Garcia*
Carlos A. Garcia, Esquire

## SERVICE LIST

Alberto Leal, Esq.
The Law Office of Alberto R. Leal, Esq., P.A.
8927 Hypoluxo Rd. #157
Lake Worth, Florida 33467
Email: albertolealesq@gmail.com
Telephone: (954) 637-1868