108808-7

UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:22-cv-81735-AHS

GARFIELD SPENCE,

Plaintiff,

vs.

SHOPS AT LAKE WORTH & JOG,
LLC,

Defendant.
_____/

**JOINT STIPULATION FOR FINAL ORDER OF DISMISSAL WITH PREJUDICE**

An amicable settlement of all matters and things in dispute between the parties, SHOPS AT LAKE WORTH & JOG, LLC and, GARFIELD SPENCE, hereto having been made, it is hereby:

STIPULATED AND AGREED by and between the parties listed above that this cause may be dismissed with prejudice, each party to bear its own attorneys' fees and costs; all liens and subrogated interests are to be paid by Plaintiff out of the proceeds of the settlement made in this case.

DATED this *28th* day of *February*, *2023.*

| | |
|---|---|
| WICKER SMITH O'HARA MCCOY & FORD, P.A. | The Law Office of Alberto R. Leal, Esq., P.A. |
| 515 E. Las Olas Boulevard | 8927 Hypoluxo Rd. #157 |
| SunTrust Center, Suite 1400 | Lake Worth, Florida 33467 |
| Ft. Lauderdale, FL 33301 | Phone: (904) 483-5386 |
| Phone: (954) 847-4800 | Fax: 904-309-6501 |
| Fax:   (954) 760-9353 | |
| | |
| By: */s/Carlos A. Garcia* | By: */s/Alberto Leal* |
| Carlos A. Garcia, Esquire | Alberto Leal, Esq. |
| Florida Bar No. 99768 | Florida Bar No. 1002345 |
| Attorney for Shops at Lake Worth & Jog, LLC. | Attorney for Plaintiff |

CASE NO. 9:22-cv-81735-AHS

## **CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that a true and correct copy of the foregoing was filed with the Clerk of Court using the CM/ECF system on ***February 28, 2023***, and the foregoing document is being served this day on all counsel or parties of record on the Service List below, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive Notices of Electronic Filing.

                                              /s/ Carlos A. Garcia  
                                              Carlos A. Garcia, Esquire

## **SERVICE LIST**

Alberto Leal, Esq.  
The Law Office of Alberto R. Leal, Esq., P.A.  
8927 Hypoluxo Rd. #157  
Lake Worth, Florida 33467  
Email: albertolealesq@gmail.com  
Telephone: (954) 637-1868